**In the UNITES STATES DISTRICT COURT**
**for the WESTERN DISTRICT OF WISCONSIN**

---

LEE DRONE, *

Plaintiff, *

-vs- * Case No. 26 CV 539

JUDGE RYAN D. NILSESTUEN (official capacity), *
RYAN D. NILSESTUEN (individual capacity),
PAULA GOODMAN, ATTORNEY JOSEPH J. *
KLEIN, and ATTORNEY ALLEN S. PORTER,

Defendants. *

---

**DEFENDANTS PAULA GOODMAN AND ATTORNEY ALLEN S. PORTER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Defendants Paula Goodman and Allen S. Porter, by their attorney, A. Steven Porter, respectfully move the Court, pursuant to Rule 12(b)(1) and (6), Federal Rules of Civil Procedure, for an Order dismissing plaintiff Lee Drone's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

The grounds for this Motion are set forth in the Brief filed contemporaneously herewith, and the pleadings on file with the Court.

Dated this 26th day of August, 2026.

/s/ A. Steven Porter
A. Steven Porter
State Bar No. 1000195
Attorney for Defendants
Paula Goodman and himself, Allen Steven Porter

P.O. Box 7093
Madison, Wisconsin 53707
(608) 698-9319
Fax: (608) 819-6466
(608) 698-9319 (cell)
asp5949@gmail.com